LAURENCE S. ZAKSON (CSB 119435),
E-mail: laurencez@rac-law.com
WILLIAM Y. SHEH (CSB 221275), and
E-mail: williams@rac-law.com
ILISSA B. GOLD (CSB 280160), Members of
Email: ilissag@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583

Attorneys for Defendant Teamsters, Chauffeurs, Warehousemen, Industrial and Allied Workers of America, Local 166

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DE NAVA,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; TEAMSTERS UNION LOCAL 166, a California unincorporated association; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:19−cv−09347−PA (JCx)<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on November 8, 2019, Defendant Teamsters, Chauffeurs, Warehousemen, Industrial and Allied Workers of America, Local 166 ("Local 166"), erroneously identified as Teamsters Union Local 166, filed the attached Petition for Writ of Mandamus to the United States District Court for the Central District of California in the United States Court of Appeals for the Ninth Circuit. A copy of the mandamus petition is attached hereto.

Respectfully submitted,

DATED: November 8, 2019

REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ Laurence S. Zakson
Laurence S. Zakson
Attorneys for Defendant Local 166