JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS DE NAVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORP., et al.,<br><br>　　　　Defendants. | CV 19-09347 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's February 20, 2020 Order which dismissed plaintiff Kris de Nava's ("Plaintiff") claims against defendants Costco Wholesale Corporation and Teamsters Union Local 166 ("Defendants"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　　All claims against Defendants are dismissed with prejudice.

2.　　It is FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 20, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE